UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES D. GARRITY,<br><br>                           Petitioner,<br><br>            -v.-<br><br>CREDIT SUISSE SECURITIES (USA) LLC,<br><br>                           Respondent. | 23 Civ. 1457 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

      On February 22, 2023, Petitioner filed a petition to confirm an arbitration award. (Dkt. #1). Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc.* v. *Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioners shall move for confirmation of the arbitral award in the form of a motion for summary judgment — in accordance with Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1 of the Southern District of New York — by **March 15, 2023**. Respondent's opposition, if any, is due on **March 31, 2023**. Petitioners' reply, if any, is due **April 7, 2023**.

      Petitioners shall serve the petition upon Respondent electronically and by overnight mail no later than **March 2, 2023**, and shall file an affidavit of such service with the court no later than **March 7, 2023**.

      SO ORDERED.

Dated:  February 23, 2023
           New York, New York

                                                            *Katherine Polk Failla*
                                                    _____
                                                    KATHERINE POLK FAILLA
                                                    United States District Judge