UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JAMES D. GARRITY,,

                    Petitioner,          23 **CIVIL** 1457 (KPF)

    -v-                                  **<u>JUDGMENT</u>**

CREDIT SUISSE SECURITIES (USA) LLC,.    23 **CIVIL** 1830 (KPF)

                    Respondent.
------------------------------------------------------------------X
CREDIT SUISSE SECURITIES (USA) LLC,

                    Petitioner,

    -v-

JAMES D. GARRITY,

                    Respondent.
------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 16, 2023, Petitioner's motion for summary judgement is GRANTED as follows: The Clerk of the Court is directed to enter judgment in favor of Petitioner in the amount of $1,347,719.09, the outstanding balance due under the Award. Pre-judgement interest will accrue from the time of the Award through the date of this Opinion at the statutory rate pursuant to N.Y. C.P.L.R. §5004 amounting to $95,347.20 in pre-judgment interest. Post-judgment interest will accrue at the statutory rate pursuant to 28 U.S.C. § 1961. Respondent's cross-motion for summary judgment is DENIED. Accordingly, the case is closed.

**Dated:**  New York, New York
November 16, 2023

**RUBY J. KRAJICK**
**Clerk of Court**

**BY:** _____
**Deputy Clerk**